UNITED STATES ex rel. Dominick DIDATO, Relator-Appellant, v. William C. HECHT, as U. S. Marshal, etc., Respondent-Appellee.

UNITED STATES ex rel. Abe Silverstein, Relator-Appellant, v. SAME.

(Circuit Court of Appeals, Second Circuit. October 20, 1925.)

Nos. 30, 31.

Appeals from the District Court of the United States for the Southern District of New York.

M. Michael Edelstein, of New York City, for appellants.

Emory R. Buckner, U. S. Atty., of New York City (Ben Herzberg, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order (10 F.[2d] 370) affirmed.